IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN GING, | Plaintiff, |
| vs. | Case No. 11-CV-2659-EFM-GLR |
| COLLECTION TECHNOLOGY, INC., | Defendant. |

# STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, John Ging, and the defendant, Collection Technology, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorney's fees.

Respectfully submitted,

Dated: January 20, 2012

s/ J. Mark Meinhardt
J. Mark Meinhardt                          #20245
Attorney at Law
4707 College Blvd., Suite 100
Leawood, KS 66211
(913) 451-9797 / Fax: (913) 451-6163
E-mail: meinhardtlaw@sbcglobal.net
**Attorney for Plaintiff**

Dated: January 20, 2012

s/James P. Nordstrom
James P. Nordstrom                          #06929
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P. O. Box 949
Topeka, KS 66601-0949
Phone: (785) 232-7761 / Fax: (785) 232-6604
E-mail: jnordstrom@fisherpatterson.com
**Attorney for Defendant**

T0407907.WPD                          1